479 A.2d 1147

Commonwealth v. Romanelli, Appellant.

Submitted April 2, 1984. Dennis B. Stephens, for appellant; Helen T. Kane, Assistant District Attorney, for Commonwealth, appellee.

Before WIEAND, JOHNSON and LIPEZ, JJ.

Judgment of sentence affirmed.

479 A.2d 1148

Commonwealth v. Schneider, Appellant.

Submitted May 22, 1984. Andrew F. Schneider, for appellant; Stephen B. Harris, Assistant District Attorney, for Commonwealth, appellee.

Before DEL SOLE, MONTEMURO and HOFFMAN, JJ.

Judgment of sentence affirmed.